IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA K. JOSEPH-DAVIDSON, | ) | 1:07cv0729 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties' stipulation to dismiss this action, filed on January 15, 2008, is hereby GRANTED. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **January 16, 2008**           /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

1